# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRUSTEES OF THE PLUMBING AND PIPEFITTING RETIREMENT FUND OF KANSAS, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>CYLX CORPORATION, )<br><br>Defendant. ) | CIVIL ACTION<br><br>No. 06-2566-KHV |

## DEFAULT JUDGMENT

This matter comes before the Court on plaintiffs' <u>Motion For Default Judgment With Supporting Memorandum</u> (Doc. #9) filed April 27, 2007. For good cause shown, the Court sustains the motion.

**IT IS THEREFORE ORDERED** that judgment in this matter is entered against defendant under Section 502(g) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(g), as follows:

a.  Liquidated damages in the amount of $9,975.94;

b.  Pre-judgment interest in the amount of $689.85; and

c.  Attorney's fees and costs in the amount of $2,190.03.

Dated this 3rd day of May, 2007 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Court